**Ora Ethel SMITH et al., Appellants, v. August ECKERT, Appellee. (No. 8244.)**

Court of Civil Appeals of Texas. San Antonio. June 19, 1929.

M. E. Blackburn, of Junction City, for appellants.

Stevenson, Baker & Knetsch, of Junction, for appellee.

FLY, C. J. No briefs have been filed in this case by either party. There are no assignments of error, and no bills of exception, and an investigation of the record fails to disclose any error.

The judgment will be affirmed.

■

**WALD TRANSFER & STORAGE COMPANY, Incorporated, Appellant, v. Elton YOUNG, Appellee. (No. 9315.)**

Court of Civil Appeals of Texas. Galveston. June 27, 1929.

Hirsch, Brown & Susman, of Houston, for appellant.

Kennerly, Williams, Lee, Hill & Sears and T. E. Kennerly, all of Houston, for appellee.

PLEASANTS, C. J. Upon consideration of the briefs and record in this case, we reached the conclusion that there was no pleading to sustain a judgment for $50 of the amount awarded appellee by the verdict and judgment appealed from, and on a former day of this term we entered an order reversing and remanding the cause, unless appellee would file a remittitur of $50.

This remittitur having been filed, and there being no other error in the record which would authorize a reversal, the judgment is affirmed for the amount found by the trial court, less the $50 remitted by appellee.

Reformed and affirmed.